```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)
--------------------------------x
In re:                                    Chapter 13
                                          Case No. 13-12023-shl
    Carol Dogon Krutolow,
                                          NOTICE OF APPEARANCE
                                          AND DEMAND FOR SERVICE
                                          OF PAPERS
                    Debtor(s).
--------------------------------x
```

**PLEASE TAKE NOTICE**, that Ocwen Loan Servicing, LLC, as servicer for Wells Fargo Bank, N.A., asTrustee for the Pooling and Servicing Agreement dated as of June 1, 2004 Merrill Lynch Mortgage Investors Trust Mortgage Loan Asset-Backed Certificates, Series 2004-WMC4 (hereinafter, "Movant"), appears herein by their counsel, LEOPOLD & ASSOCIATES, PLLC and demands, pursuant to Rules 2002, 9007 and 9010 of the Bankruptcy Rules and Section 102(1) of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office address and telephone number:

```
              LEOPOLD & ASSOCIATES, PLLC
                 Attorneys for Movant
            80 Business Park Drive, Suite 110
                 Armonk, New York 10504
                      914-219-5787
```

**PLEASE TAKE NOTICE**, that pursuant to the foregoing provisions of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, pleading, request, complaint

or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise which may affect or seek to affect in any way rights or interests of Movant with respect to the Debtor's property or proceeds thereof in which the debtor may claim an interest.

Dated:   New York, New York
         July 12, 2013

                              LEOPOLD & ASSOCIATES, PLLC


                              /S/ PHILLIP MAHONY
                              By: PHILLIP MAHONY
                              Attorneys for Movant
                              80 Business Park Drive, Suite 110
                              Armonk, New York 10504
                              914-219-5787


To:

   **Carol Dogon Krutolow**
   Debtor
   1641 3rd Avenue Apartment 29f
   New York, NY 10128

   **Karamvir Dahiya**
   Attorney for Debtor
   Dahiya Law Offices, LLC
   350 Broadway Suite 412
   New York, NY 10013

   **Jeffrey L. Sapir-13**
   Standing Chapter 13 Trustee
   As Chapter 13 and 12 Trustee
   399 Knollwood Road
   Suite 102
   White Plains, NY 10603

**United States Trustee**
U.S. Trustee
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)
---------------------------------x
In re:                                    Chapter 13
                                          Case No. 13-12023-shl
      Carol Dogon Krutolow,
                                          AFFIRMATION OF SERVICE


                     Debtor(s).
---------------------------------x
```

Phillip Mahony, an attorney duly admitted to practice law before the District Courts of the State of New York, respectfully represents:

Deponent is over 18 years of age and resides in the State of New York.

That on July 12, 2013, I electronically filed the foregoing **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS** with the Clerk of the Bankruptcy Court using the CM/ECF System which sent notification of such filing to the following:

**Karamvir Dahiya**
Attorney for Debtor
Dahiya Law Offices, LLC
350 Broadway Suite 412
New York, NY 10013


**Jeffrey L. Sapir-13**
Standing Chapter 13 Trustee
As Chapter 13 and 12 Trustee
399 Knollwood Road
Suite 102
White Plains, NY 10603

**United States Trustee**
U.S. Trustee
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

And, I hereby represent that on July 12, 2013, I have mailed by the United States Postal Service the foregoing **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS** to the following non CM/ECF participants:

**Carol Dogon Krutolow**
Debtor
1641 3rd Avenue Apartment 29f
New York, NY 10128

                                                 /S/Phillip Mahony_____
                                                  PHILLIP MAHONY